IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:21-cv-356-D

| | |
|---|---|
| SABARA FISHER ROBERTS, individually and as Administrator of the ESTATE of ADRIAN ROBERTS, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| DEPUTY J. EVANS, and SHERIFF ENNIS WRIGHT, | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

Defendants' Motion to Seal, ECF 90, is hereby GRANTED.

SO ORDERED. This the 24 day of July, 2024.

JAMES C. DEVER III
United States District Court