FILED: January 6, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-2103
(5:21-cv-00356-D)

———————————

SABARA FISHER ROBERTS, individually and as administrator of the estate of
Adrian Roberts

        Plaintiff - Appellee

v.

DEPUTY J. EVANS

        Defendant - Appellant

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

        /s/ NWAMAKA ANOWI, CLERK